UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-32005 |
| | ) | |
| LEE STANTON GASKAMP | ) | Chapter 7 |
| BETSY SMITH GASKAMP | ) | |
| Debtor(s). | ) | |
| | ) | |

**APPLICATION FOR APPROVAL OF FINAL ATTORNEY FEES AND EXPENSES**

**COMES NOW** R. Keith Johnson of R. Keith Johnson, P. A., Attorney for the Trustee and respectfully represents to the Court:

1. Debtor(s) filed a petition under Chapter 7 of the United States Bankruptcy Code with the Bankruptcy Court for the Western District of North Carolina on December 15, 2017. R. Keith Johnson was appointed as Chapter 7 Trustee in the Debtor's case.

2. Movant has rendered valuable services as Attorney for the Trustee in the administration of the Chapter 7 case in appearing at various court hearings, preparing the necessary documents, and generally attending to the legal matters raised under this proceeding. A complete schedule of these services is attached hereto.

3. Movant and paralegals have expended a total of 6.85 hours in the administration of this proceeding. A copy of the time sheet reflecting time expended and costs advanced is attached hereto.

4. Movant respectfully submits the value of his services at $500.00 per hour and paralegals in his office at the hourly rate of $100.00.

| Professional Name | Hourly Rate | Time Spent | Total |
|---|---|---|---|
| R. Keith Johnson | $ 500.00 | 5.45 | $ 2,725.00 |
| Sue Ellen Ingle | $ 100.00 | 0.30 | $ 30.00 |
| Michelle Barden | $ 100.00 | 1.10 | $ 110.00 |

**WHEREFORE**, Movant respectfully prays the Court that a final fee of $2,865.00 be approved for payment.

This the 9th day of October, 2019

*/s/ R. Keith Johnson*
R. KEITH JOHNSON, NCBN 8840
Attorney for Trustee
1275 Hwy. 16 South
Stanley, NC 28164
(704) 827-4200

Printed: 08/05/19 09:17 AM

# Timesheet Report

**Trustee: R. Keith Johnson (530540)**

**Period: 02/28/18 - 08/01/19**

Page: 1

**Case Number:** 17-32005  **Case Name:** LEE STANTON GASKAMP AND BET...
**Case Type:** Asset  **Judge:** CRAIG J. WHITLEY-DEFAULT JUDGE

| Name | Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Barden, Michelle, Other | Initial Deposit | 08/01/19 | Initial Deposit<br>Initial Deposit | 0.80 | $100.00 | $80.00 |
| | Request Claims Register | 08/01/19 | Request fees due court<br>Request fees due court | 0.30 | $100.00 | $30.00 |
| | **Subtotal for Name: Barden, Michelle, Other** | | | **1.10** | | **$110.00** |

Printed: 08/05/19 09:17 AM

## Timesheet Report

**Trustee: R. Keith  Johnson (530540)**

**Period: 02/28/18 - 08/01/19**

Page: 2

| Name | Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Ingle, Sue, Other | Notice of Assets | 03/01/18 | Notice of Assets<br>Notice of Assets | 0.30 | $100.00 | $30.00 |
| | **Subtotal for Name: Ingle, Sue, Other** | | | **0.30** | | **$30.00** |

Printed: 08/05/19 09:17 AM

# Timesheet Report

**Trustee: R. Keith Johnson (530540)**

**Period: 02/28/18 - 08/01/19**

Page: 3

| Name | Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|---|
| Johnson, R., Other | AT | 02/28/18 | AT; Prepare letter to Dalrymple regarding asset in debtor's mother's estate; | 0.95 | $500.00 | $475.00 |
| | Review | 06/07/19 | Review<br>Review and respond to Dalrymple regarding settlement of non-exempt property; | 0.30 | $500.00 | $150.00 |
| | Review | 07/17/19 | Reveiw<br>Review claims; | 1.05 | $500.00 | $525.00 |
| | Review | 07/25/19 | Review<br>Review docs regarding estate of mother of female debtor; Draft motion to approve compromise regarding inheritance; | 0.90 | $500.00 | $450.00 |
| | Review | 07/29/19 | Review<br>Review Dalrymple email; Draft proposed order approving compromise; | 0.45 | $500.00 | $225.00 |
| | Prepare Final Report | 08/01/19 | prepare<br>Prepare final report | 1.80 | $500.00 | $900.00 |
| **Subtotal for Name: Johnson, R., Other** | | | | **5.45** | | **$2,725.00** |
| | | | **Total for case:** | **6.85** | | **$2,865.00** |
| | | | **Grand Total:** | **6.85** | | **$2,865.00** |