FILED & JUDGMENT ENTERED
Steven T. Salata

November 13 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-32005 |
| | ) | |
| LEE STANTON GASKAMP | ) | Chapter 7 |
| BETSY SMITH GASKAMP | ) | |
| Debtor(s). | ) | |
| | ) | |

**ORDER APPROVING FINAL REPORT AND ACCOUNT OF TRUSTEE, APPLICATIONS OF TRUSTEE AUTHORIZING DISBURSEMENT OF FUNDS OF THE ESTATE, APPROVING FINAL PROFESSIONAL FEES AND EXPENSES AND OBJECTION TO LATE FILED CLAIMS**

The Trustee herein, R. Keith Johnson, having heretofore filed in this matter his Final Report and Account, and Application to Disburse Funds of the Estate, and it appearing from examination of the Final Report and Account of said Trustee that said report and account is correct, and it further appearing there from that the same should be allowed, approved and confirmed, it is

**ORDERED** that the Trustee's application for commissions and reimbursement of Trustee expenses is approved and it is

**FURTHER ORDERED** that the Trustee is authorized and is ordered to abandon any books and records of the Debtor not claimed within thirty (30) days of the date of this Order, and is authorized and ordered to abandon any property of the Debtor disclosed in its bankruptcy schedules or identified in this bankruptcy case and not otherwise liquidated for the estate, and it is

**FURTHER ORDERED** that the Trustee's Final Report and Account is hereby allowed, approved and confirmed, the Trustee is discharged and released from any liability to any governmental taxing entity for any taxes, penalties or interest and, the Trustee is hereby authorized and directed to make all disbursements as provided in

"Proposed Distribution", which is attached hereto and hereby incorporated herein by reference, and it is

**FURTHER ORDERED** that upon distribution of the funds of the estate as herein provided and the expiration of that period as set forth in 11 U.S.C. Section 347, the Trustee shall promptly file his report pursuant to Bankruptcy Rule 3011 and proceed to close the administration of the estate.

**FURTHER ORDERED** that final fees and expenses to the attorney for the Trustee, as requested by the Trustee in his final report and application, are hereby approved and final fees are awarded to R. Keith Johnson, P.A. in the amount of $2,865.00.

**FURTHER ORDERED** that any claims filed after the claims bar date in this case shall be and the same are hereby **DISALLOWED**, and the Trustee's objection to same is hereby **SUSTAINED**.

This Order has been signed electronically.         United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.

# Claims Distribution - Mon, 08-05-2019

### Trustee: R. Keith Johnson

| Case Number: | 17-32005 | Case Name: | LEE STANTON GASKAMP AND BETSY SMITH GASKAMP |
|---|---|---|---|
| Petition Date: | 12/15/2017 | Judge: | CRAIG J. WHITLEY-DEFAULT JUDGE |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE | R. Keith Johnson | A7 | 200 | $1,950.00 | $0.00 | $1,950.00 | $0.00 | $1,950.00 | 100.00 % | $10,050.00 |
| TE | R. Keith Johnson | A7 | 200 | $68.45 | $0.00 | $68.45 | $0.00 | $68.45 | 100.00 % | $9,981.55 |
|  | R. P.A. KEITH JOHNSON | A7 | 200 | $2,865.00 | $0.00 | $2,865.00 | $0.00 | $2,865.00 | 100.00 % | $7,116.55 |
| 1 | North Carolina Department of Revenue Bankruptcy Unit | U | 610 | $381.98 | $0.00 | $381.98 | $0.00 | $86.00 | 22.51 % | $7,030.55 |
| 2 | First National Bank of Omaha | U | 610 | $3,157.05 | $0.00 | $3,157.05 | $0.00 | $710.76 | 22.51 % | $6,319.79 |
| 3 | Capital One, N.A. c/o Becket and Lee LLP | U | 610 | $281.09 | $0.00 | $281.09 | $0.00 | $63.28 | 22.51 % | $6,256.51 |
| 4 | Capital One, N.A. c/o Becket and Lee LLP | U | 610 | $622.51 | $0.00 | $622.51 | $0.00 | $140.15 | 22.51 % | $6,116.36 |
| 5 | Wells Fargo Bank, N.A. Wells Fargo Card Services | U | 610 | $2,767.03 | $0.00 | $2,767.03 | $0.00 | $622.95 | 22.51 % | $5,493.41 |
| 6 | Capital One Bank (USA), N.A. | U | 610 | $4,089.54 | $0.00 | $4,089.54 | $0.00 | $920.69 | 22.51 % | $4,572.72 |
| 7 | Verizon by American InfoSource LP as agent | U | 610 | $573.23 | $0.00 | $573.23 | $0.00 | $129.05 | 22.51 % | $4,443.67 |
| 8 | SST as servicing agent for Best Egg Systems & Services Technologies, Inc. | U | 610 | $8,945.42 | $0.00 | $8,945.42 | $0.00 | $2,013.91 | 22.51 % | $2,429.76 |
| 9 | Quantum3 Group LLC as agent for Comenity Capital Bank | U | 610 | $196.28 | $0.00 | $196.28 | $0.00 | $44.19 | 22.51 % | $2,385.57 |
| 10 | Quantum3 Group LLC as agent for Comenity Capital Bank | U | 610 | $707.88 | $0.00 | $707.88 | $0.00 | $159.37 | 22.51 % | $2,226.20 |
| 11 | Synchrony Bank c/o PRA Receivables Management, LLC | U | 610 | $790.14 | $0.00 | $790.14 | $0.00 | $177.89 | 22.51 % | $2,048.31 |
| 12 | Synchrony Bank c/o PRA Receivables Management, LLC | U | 610 | $477.26 | $0.00 | $477.26 | $0.00 | $107.45 | 22.51 % | $1,940.86 |
| 13 | Synchrony Bank c/o PRA Receivables Management, LLC | U | 610 | $794.47 | $0.00 | $794.47 | $0.00 | $178.86 | 22.51 % | $1,762.00 |

Case 17-32005    Doc 27    Filed 11/13/19    Entered 11/13/19 15:58:00    Desc Main Document      Page 3 of 4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | PYOD, LLC c/o Resurgent Capital Services | U | 610 | $2,688.74 | $0.00 | $2,688.74 | $0.00 | $605.33 | 22.51 % | $1,156.67 |
| 15 | PYOD, LLC c/o Resurgent Capital Services | U | 610 | $372.40 | $0.00 | $372.40 | $0.00 | $83.84 | 22.51 % | $1,072.83 |
| 16 | PYOD, LLC c/o Resurgent Capital Services | U | 610 | $2,869.36 | $0.00 | $2,869.36 | $0.00 | $645.99 | 22.51 % | $426.84 |
| 17 | PYOD, LLC c/o Resurgent Capital Services | U | 610 | $1,895.99 | $0.00 | $1,895.99 | $0.00 | $426.84 | 22.51 % | $0.00 |
| | | | **Totals:** | $36,493.82 | $0.00 | $36,493.82 | $0.00 | $12,000.00 | | |